IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE CARLOS OLIVEIRA-COUTINHO,<br><br>Petitioner,<br><br>vs.<br><br>SCOTT FRAKES, NDCS Director;<br><br>Respondent. | 8:19CV491<br><br>ORDER |

IT IS ORDERED that: Petitioner's motion for counsel (filing 2) is denied without prejudice to reassertion for the reasons stated in the court's Memorandum and Order (filing 11) entered on this date.

Dated this 31st day of August, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge