IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSE CARLOS OLIVEIRA-COUTINHO,<br><br>     Petitioner,<br><br>  vs.<br><br>SCOTT FRAKES, NDCS Director;<br><br>     Respondent. | 8:19CV491<br><br>ORDER |

  This matter is before the court on Petitioner's Motion for Extension of Time. (Filing 19.) Petitioner requests a second 120-day extension of time in which to file a brief in response to Respondent's Answer. Upon careful consideration of Petitioner's motion and the reasons in support of an extension set forth therein,

  IT IS ORDERED that:

  1. Petitioner's motion for extension of time is granted. Petitioner shall have until **August 13, 2021**, to file a brief in response to Respondent's Answer and Brief in Support. **No further extensions shall be granted**.

  2. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **August 13, 2021**: check for Petitioner's brief in response to Respondent's answer and brief.

  Dated this 14th day of April, 2021.

                  BY THE COURT:

                  *Richard G. Kopf*

                  Richard G. Kopf
                  Senior United States District Judge